ROGERS JOSEPH O'DONNELL
Lauren Kramer Sujeeth (State Bar No. 259821)
lsujeeth@rjo.com
Richard Harris (State Bar No. 268171)
rharris@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants
CHESTER BROSS CONSTRUCTION
COMPANY and MARK BROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No. 19-cv-08140-RS |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (L.R. 6-2)** |
| vs. | |
| CHESTER BROSS CONSTRUCTION COMPANY, et al., | |
| Defendants. | |

The Parties hereby stipulate and request an order changing the time for the following events:

| Event | Date in Modified Case Management Order | New Date |
|---|---|---|
| *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel | 4/23/2020 | 5/20/2020 |
| **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management | 5/14/2020 | 6/4/2020 |

| | | |
|---|---|---|
| Statement per Standing Order re Contents of Joint Case Management Statement | | |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br><br>San Francisco Courthouse<br>Courtroom 3 – 17th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | 5/21/2020 | 6/11/2020 |

Dated:  April 23, 2020            SALTZMAN & JOHNSON LAW CORPORATION

By: _/s/ Michele R. Stafford_
        Michele R. Stafford

Attorneys for Operating Engineers' Health And Welfare Trust Fund, et al.

Dated:  April 23, 2020            ROGERS JOSEPH O'DONNELL

By: _/s/ Lauren Kramer Sujeeth_
        Lauren Kramer Sujeeth

Attorneys for Defendants CHESTER BROSS CONSTRUCTION COMPANY, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:     April 23, 2020         By:_____

                   Honorable Richard Seeborg