ROGERS JOSEPH O'DONNELL
Lauren Kramer Sujeeth (State Bar No. 259821)
lsujeeth@rjo.com
Richard Harris (State Bar No. 268171)
rharris@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendants
CHESTER BROSS CONSTRUCTION
COMPANY and MARK BROSS


Michele R. Stafford, Esq. (SBN 172509)
Allan D. Shuldiner, Esq. (SBN 252259)
SALTZMAN & JOHNSON LAW
CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs
OPERATING ENGINEERS' HEALTH
AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CHESTER BROSS CONSTRUCTION COMPANY, et al., <br><br> Defendants. | Case No. 3:19-cv-08140-RS <br><br> **STIPULATION AND ORDER FOR FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (L.R. 6-2)** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Operating Engineers

Health And Welfare Trust Fund For Northern California et al. ("OEHW") and Defendants

Chester Bross Construction Company and Mark Bross ("Chester Bross"), by and through their counsel, hereby stipulate to continue the Case Management Conference and associated deadlines as follows:

WHEREAS, on December 13, 2019, Plaintiffs filed a complaint titled *Operating Engineers Health And Welfare Trust Fund For Northern California, et al., v. Chester Bross Construction Company et al*., (ECF 1), and Chester Bross Construction Company was served with the summons and complaint on January 7, 2020 (ECF 9);

WHEREAS, defendants filed their Answer to the Complaint on June 4, 2020 (ECF 30);

WHEREAS, the Parties have been engaged in settlement discussions which may result in a resolution of this case without further judicial intervention;

WHEREAS, an additional 60-90 days will likely lead to a final resolution of settlement negotiations, which will not be complete before the upcoming Case Management Conference. The Parties are hopeful that the matter will be resolved and a dismissal will be filed within the next 60-90 days. If the matter does not resolve, Plaintiffs intend to file a Motion for Summary Judgment and intend to have the Motion filed and scheduled for hearing within 90 days should the matter not settle;

WHEREAS, there are no issues that need to be addressed by this Court at the upcoming Case Management Conference since settlement negotiations have not concluded;

WHEREAS, the interest of conserving costs as well as the Court's time and resources is best served by continuing the Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their counsel that the Initial Case Management Conference be continued to from December 3, 2020 at 10:00 a.m. for 60-90 days or as soon thereafter is convenient for the Court, and the associated deadlines to file the Rule 26(f) Report and complete initial disclosures or state objection in Rule 26(f) Report be continued accordingly.

|     |                                |                                                                          |
| --- | ------------------------------ | ------------------------------------------------------------------------ |
| 1   |     IT IS SO STIPULATED. |                                                            |
| 2   | Dated:  November 19, 2020      | SALTZMAN & JOHNSON LAW CORPORATION                                       |
| 4   |                                | By:   /s/ Michele R. Stafford                                            |
|     |                                |       Michele R. Stafford                   |
| 6   |                                | Attorneys for Operating Engineers' Health And Welfare Trust Fund, et al. |
| 8   | Dated:  November 19, 2020      | ROGERS JOSEPH O'DONNELL                                                  |
| 9   |                                | By:   /s/ Lauren Kramer Sujeeth                                          |
|     |                                |       Lauren Kramer Sujeeth                 |
| 11  |                                | Attorneys for Defendants CHESTER BROSS CONSTRUCTION COMPANY, et al.      |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

    The currently set Case Management Conference is hereby continued to March 4, 2021 at 10:00 am, and all previously set deadlines and dates related to this case are continued accordingly.

All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation

Dated:  November 20, 2020           By: _____

                                 HONORABLE RICHARD SEEBORG